# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MELCHER, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>LANCE FRIED,<br><br>　　　　　　　　Defendant. | Case No. 16-cv-2440-BAS-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[ECF No. 89]** |

　　　The parties have filed a joint motion to dismiss this action with prejudice pursuant to Rule 41(a) due to a voluntary settlement agreement.  (ECF No. 89.)  Having considered the motion, the Court **GRANTS** the motion.  This case is **DISMISSED WITH PREJUDICE**.  The Clerk **SHALL CLOSE** this case.

　　　**IT IS SO ORDERED.**

**DATED:  June 24, 2019**

　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge